

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00705-CR

Renee Ann **ALVAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10656
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: December 19, 2018

DISMISSED

Appellant filed a pro se notice of appeal from an order adjudicating guilt on September 19, 2018. The clerk's record contains a motion to withdraw the notice of appeal signed by appellant and her attorney which was filed on September 26, 2018. Accordingly, the motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM